In the Matter of the APPLICATION TO STRIKE FROM THE REGISTRY OF ELECTORS IN THE SIXTH ELECTION DISTRICT OF THE NINETEENTH WARD OF THE CITY OF ALBANY, for the General Election to Be Held on November 7, 1933, the Names of Certain Registrants, Inmates of a Charitable Institution.

WILLIAM A. HUGHES, Appellant; CATHERINE WILPERS et al., Respondents.

(Argued November 2, 1933; decided November 2, 1933,)

*John J. McManus* and *Borden H. Mills* for appellant.
*Edward S. Rooney* and *Charles J. Duncan* for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.